IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER LEBLANC,

      Petitioner,                    No. 2:10-cv-2593 FCD DAD (HC)

    vs.

BOARD OF PAROLE HEARINGS,
MICHAEL MARTEL, Warden,

      Respondents.              ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 20, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
lebl2593.101a