IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER LEBLANC,

    Petitioner,               No. 2:10-cv-2593 FCD DAD (PC)

    vs.

BOARD OF PAROLE HEARINGS,
MICHAEL MARTEL, Warden,

    Respondents.           ORDER

/

        On February 3, 2011, respondents filed a motion to dismiss this action. Pursuant to this court's November 3, 2010 order, petitioner's opposition or statement of non-opposition was due on or about March 5, 2011. Petitioner has filed neither an opposition nor a statement of non-opposition.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a

1  statement of non-opposition.  Failure to comply with this order will result in the dismissal of this
2  action.
3  DATED: March 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
lebl2593.46osc

2